## STATE v. GLICK, et al.

No. 77-63.

Circuit Court, Dade County, Criminal Appeal.

September 28, 1977.

Richard E. Gerstein, State Attorney, George Volsky, Assistant State Attorney, for the appellant.

Seymour Chadroff, North Miami, for the appellee.

ALAN R. SCHWARTZ, Circuit Judge.

The trial judge correctly held that the violation of a rule adopted by the Division of Beverage, pursuant to Fla. State §561.11(1975), does not give rise to criminal liability under Fla. Stat. §562.45(1) which renders it a misdemeanor to violate "any provision of the beverage law . . ." Simply stated, the legislature has not, as is required, specified that the division's rules constitute a part of "the beverage law" under this section.

Accordingly, the judgment below is affirmed.